# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America, | Case No. 2:15-cr-00174-KJD-BNW |
| Plaintiff, | |
| v. | **Order and Report and Recommendation** |
| Jason Demko, | |
| Defendant. | |

Before the Court is the government's motion for reconsideration of this Court's order at ECF No. 422. The Court sua sponte vacates its order at ECF No. 422 and (out of an abundance of caution) issues a Report and Recommendation on ECF No. 421. As a result, the Court will deny the government's motion for reconsideration (ECF No. 423) as moot.

In its motion to reconsider, the government requests that Mr. Demko only be allowed to receive the unsealed portions of the docket and only as they pertain to him (and not the co-defendants). That is exactly what the Clerk's Office sent to Mr. Demko as a result of this Court's order at ECF No. 422. As a result, what Mr. Demko will receive conforms with the government's position in its motion to reconsider.

IT IS THEREFORE ORDERED that this Court's Order at ECF No. 422 is VACATED.

IT IS FURTHER ORDERED that the government's motion at ECF No. 423 is DENIED as moot.

IT IS RECOMMENDED that the Court GRANT in part and DENY in part Mr. Demko's motion at ECF No. 421. The Court recommends that the request be granted only for the unsealed portions of the docket and only as they pertain to Mr. Demko (and not the co-defendants). Mr. Demko is to have access to this docket sheet through FCI Berlin Unit Staff but is not to maintain possession of it. The Court recommends that the request be denied in all other respects.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 21, 2022

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE